UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAEMA NAEMI,

        Plaintiff,

v.

AT&T MOBILITY SERVICES LLC,

        Defendant.

Case No. 24-cv-02041-HSG

**SCHEDULING ORDER**

A case management conference was held on July 2, 2024. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | August 30, 2024 |
| Close of Fact Discovery | January 10, 2025 |
| Exchange of Opening Expert Reports | January 10, 2025 |
| Exchange of Rebuttal Expert Reports | February 28, 2025 |
| Close of Expert Discovery | March 28, 2025 |
| Dispositive Motion Hearing Deadline | May 8, 2025, at 2:00 p.m. |
| Pretrial Conference | August 5, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | August 25, 2025, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This **TERMINATES** Dkt. No. 23.
4   **IT IS SO ORDERED.**
5   Dated: 7/9/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge