Harris Emran (SBN 329674)
Kaitlin Martinez (SBN 348006)
**EMRAN LAW FIRM**
415 Mission Street, 37th Floor
San Francisco, California 94105
Office: (415) 890-0041
Email: Harris@Emranlaw.com
       Kaitlin@Emranlaw.com

Attorneys for Plaintiff, Naema Naemi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naema Naemi<br><br>    Plaintiff,<br><br>  vs.<br><br>AT&T MOBILITY SERVICES, LLC; and DOES 1 through 25, inclusive;<br><br>    Defendants. | Case No.  24-cv-02041-HSG<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   Plaintiff Naema Naemi and Defendant AT&T Mobility Services, LLC, et al., hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties. Plaintiff and Defendant further stipulate each party will bear its own fees and costs. The parties respectfully request that the Court dismiss this case in its entirety as a result of the dismissal.

   IT IS SO STIPULATED.

Dated: 07/19/2024                                    *Harris Emran*
                                                                          Harris Emran
                                                                          Attorney for Plaintiff

Dated: August 5, 2024                              /s/ Jennifer Svanfeldt
                                                                          Jennifer Svanfeldt
                                                                          Attorney for Defendant

ORDER

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties with each party to bear its own fees and costs. The clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  8/6/2024

*Haywood S. Gill, Jr.*
United States District Judge